**Order filed October 13, 2014**



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00268-CV

_____

## IN RE THE STATE OF TEXAS EX REL. MICHAEL MUNK

**Original Mandamus Proceeding**

## O R D E R

Relator, the State of Texas, acting by and through the Gaines County District Attorney, Michael Munk, has filed a petition for writ of mandamus and for writ of prohibition with this court alleging that Respondent, the Honorable Carter T. Schildknecht, Judge of the 106th District Court of Gaines County, Texas, has abused her discretion by ordering the State to run criminal history searches of all non-law enforcement witnesses in various state and federal databases and to provide the results of those searches to the defendant. Relator also seeks a writ of prohibition preventing Judge Schildknecht from ordering the State, absent a showing of good cause, to run and provide criminal histories of all witnesses in any future cases. Additionally, Relator has requested an emergency or temporary stay

of the proceedings in order for the State to have sufficient time to comply with the trial court's order if we deny Relator's petition.

An appellate court, pursuant to Rule 52.10(b) of the Texas Rules of Appellate Procedure, may grant "any just relief" pending the disposition of an original petition. TEX. R. APP. P. 52.10(b). Such relief may include staying the enforcement of an order for purposes of protecting the jurisdiction of the appellate court while the court considers the merits of the original proceeding. *In re Collier*, No. 07-12-00336-CV, 2012 WL 3114597, at *1 (Tex. App.—Amarillo Aug. 1, 2012, orig. proceeding) (citing *In re Kelleher*, 999 S.W.2d 51, 52 (Tex. App.—Amarillo 1999, orig. proceeding); *In re Reed*, 901 S.W.2d 604, 609 (Tex. App.—San Antonio 1995, orig. proceeding)).

In order to afford this court sufficient time to review the merits of Relator's petition and the response thereto filed by the real party in interest, we grant an emergency stay effective immediately of all proceedings in the trial court pending further order of this court, including the Respondent's oral pronouncement ordering the State to run criminal history searches of all non-law enforcement witnesses in various state and federal databases and to provide the results of those searches to the defendant.

PER CURIAM

October 13, 2014

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.